# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| OM SHARMA, VAUGHN & DIANE RIFFE, VIRGINIA BROWN, AND SUSAN GEISELMAN, | CIVIL ACTION |
| Plaintiffs, | No. 8:18-cv-00656-GJH |
| v. | |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC, et al. | |
| Defendant. | |

## NOTICE OF APPEARANCE

Please enter the appearance of Thomas F. Lucchesi as counsel on behalf of Defendant, Wilmington Savings Fund Society, FSB doing business as Christiana Trust, Not in Its Individual Capacity but Solely as Trustee for BCAT 2014-4TT, in the above-captioned matter.

Respectfully submitted,

*/s/ Thomas F. Lucchesi*
Thomas F. Lucchesi, Esquire (Bar No. 19511)
Stradley Ronon Stevens & Young, LLP
1250 Connecticut Avenue, N.W., Suite 500
Washington, DC 20036-2652
Phone: (202) 507-6401
Facsimile: (202) 822-0140
tlucchesi@stradley.com

*Attorneys for Defendant, Wilmington Savings Fund Society, FSB doing business as Christiana Trust, Not in Its Individual Capacity but Solely as Trustee for BCAT 2014-4TT*

Dated: April 13, 2018

## **CERTIFICATE OF SERVICE**

I, Thomas F. Lucchesi, certify that a copy of the foregoing Entry of Appearance is available for download via the Court's electronic filing system.

*/s/ Thomas F. Lucchesi*
Thomas F. Lucchesi

April 13, 2018