# Exhibit 1

# Federal Savings Associations Active As of 4/30/2019

| CHARTER NO | NAME | CITY | STATE | CERT | RSSD |
|---|---|---|---|---|---|
| 708059 | Abacus Federal Savings Bank | New York | NY | 32257 | 762773 |
| 713964 | Admirals Bank | Boston | MA | 27015 | 541307 |
| 714939 | AIG Federal Savings Bank | Wilmington | DE | 35267 | 2909330 |
| 702983 | American Federal Bank | Fargo | ND | 29140 | 637170 |
| 717958 | American Investors Bank and Mortgage | Eden Prairie | MN | 57695 | 3229642 |
| 708384 | American Savings Bank, FSB | Honolulu | HI | 32526 | 54973 |
| 702674 | Amory FS & LA | Amory | MS | 28949 | 715975 |
| 703874 | Anthem Bank & Trust | Plaquemine | LA | 29679 | 527178 |
| 701735 | Argentine Federal Savings | Kansas City | KS | 28507 | 120476 |
| 703995 | Aroostook County FS & LA | Caribou | ME | 29743 | 351878 |
| 702349 | Arundel Federal Savings Bank | Glen Burnie | MD | 28780 | 390372 |
| 701305 | Auburn Savings Bank, FSB | Auburn | ME | 28288 | 229173 |
| 715850 | Auto Club Trust, FSB | Dearborn | MI | 35115 | 2860459 |
| 716456 | Axos Bank | San Diego | CA | 35546 | 2917317 |
| 702889 | Bank 34 | Alamogordo | NM | 29087 | 955977 |
| 713480 | Banksouth | Greensboro | GA | 16418 | 88231 |
| 705195 | Beauregard FSB | Deridder | LA | 30339 | 123374 |
| 715152 | Ben Franklin Bank of Illinois | Arlington Heights | IL | 28384 | 462774 |
| 700528 | Best Hometown Bank | Collinsville | IL | 27909 | 682479 |
| 703790 | Big Horn Federal Savings Bank | Greybull | WY | 29637 | 521970 |
| 706361 | Blue Grass FS & LA | Paris | KY | 31090 | 617079 |
| 706979 | Brainerd S & LA, A Federal Assn | Brainerd | MN | 31443 | 416973 |
| 705141 | Broadway Federal Bank, F.S.B. | Los Angeles | CA | 30306 | 26176 |
| 715674 | Capital Bank and Trust Company | Irvine | CA | 35164 | 2921659 |
| 700670 | Capitol Federal Savings Bank | Topeka | KS | 27981 | 968070 |
| 704069 | Carrollton Federal Bank | Carrollton | KY | 29774 | 219679 |
| 702657 | Carthage FS & LA | Carthage | NY | 28942 | 900678 |
| 705273 | Carver Federal Savings Bank | New York | NY | 30394 | 268677 |
| 706230 | Cenlar FSB | Ewing | NJ | 30996 | 934271 |
| 701567 | Central FS & LA | Cicero | IL | 28425 | 467470 |
| 705710 | Central FS & LA of Rolla | Rolla | MO | 30664 | 544577 |
| 700529 | Central Savings, f.s.b. | Chicago | IL | 27910 | 615879 |
| 703912 | Century Next Bank | Ruston | LA | 29700 | 345877 |
| 703866 | Cfsbank | Charleroi | PA | 29672 | 100777 |
| 718077 | Charles Schwab Bank | Henderson | NV | 57450 | 3150447 |
| 715846 | Charles Schwab Premier Bank | Henderson | NV | 33497 | 1893049 |
| 702148 | Chesapeake Bank of Maryland | Baltimore | MD | 28684 | 204077 |
| 708003 | Chinatown Federal Savings Bank | New York | NY | 32209 | 562076 |
| 701409 | Cincinnati Federal | Cincinnati | OH | 28346 | 66677 |
| 713138 | Citizens Bank & Trust, Inc. | Trenton | GA | 27153 | 1163283 |
| 700375 | Citizens FS & LA | Covington | KY | 27841 | 673477 |
| 700824 | Citizens FS & LA | Bellefontaine | OH | 28060 | 647777 |
| 704846 | Citizens S&LA, FSB | Leavenworth | KS | 30150 | 864378 |
| 706503 | Citizens Savings Bank | Clarks Summit | PA | 31184 | 828473 |
| 714961 | ClearPoint Federal Bank & Trust | Batesville | IN | 34748 | 2723376 |
| 700904 | Collinsville B & LA | Collinsville | IL | 28103 | 658474 |
| 701673 | Colonial Federal Savings Bank | Quincy | MA | 28481 | 117074 |
| 706809 | Colonial Savings, F.A. | Fort Worth | TX | 31361 | 339072 |
| 708876 | Colorado Federal Savings Bank | Greenwood Village | CO | 33111 | 1718469 |
| 702454 | Columbia Bank | Fair Lawn | NJ | 28834 | 174572 |
| 713248 | Commercial Banking Company | Valdosta | GA | 16246 | 381932 |
| 717428 | Community Development Bank FSB | Ogema | MN | 10568 | 168357 |
| 717528 | Community Federal Savings Bank | Woodhaven | NY | 57129 | 3040418 |
| 700646 | Community Savings | Caldwell | OH | 27969 | 476472 |
| 715682 | CornerstoneBank | Atlanta | GA | 35027 | 2992501 |
| 716088 | Country Trust Bank | Bloomington | IL | 35602 | 449935 |

*Prepared by Supervisory Information Division*

# Federal Savings Associations Active As of 4/30/2019

| CHARTER NO | NAME | CITY | STATE | CERT | RSSD |
|---|---|---|---|---|---|
| 703136 | County Savings Bank | Essington | PA | 29231 | 658072 |
| 704877 | Cullman Savings Bank | Cullman | AL | 30167 | 934673 |
| 703234 | Cumberland Federal Bank, FSB | Cumberland | WI | 29293 | 28675 |
| 716693 | D.A. Davidson Trust Company | Great Falls | MT | 35510 | 644954 |
| 704241 | Dearborn FSB | Dearborn | MI | 29874 | 1005075 |
| 704354 | Dearborn Savings Bank | Lawrenceburg | IN | 29926 | 738572 |
| 708043 | Dollar Bank, Federal Savings Bank | Pittsburgh | PA | 32245 | 961624 |
| 705848 | E*TRADE Bank | Arlington | VA | 30746 | 370271 |
| 718000 | E*TRADE Savings Bank | Arlington | VA | 58119 | 3441677 |
| 708183 | Eastern Savings Bank, FSB | Hunt Valley | MD | 32360 | 643078 |
| 704194 | Eaton Federal Savings Bank | Charlotte | MI | 29846 | 980773 |
| 701485 | Edward Jones Trust Company | St. Louis | MO | 28390 | 3529315 |
| 706164 | El Dorado Savings Bank, F.S.B. | Placerville | CA | 30953 | 961576 |
| 702849 | Elberton FS & LA | Elberton | GA | 29065 | 615776 |
| 704307 | Elizabethton Federal Savings Bank | Elizabethton | TN | 29904 | 17978 |
| 703193 | Eureka Homestead | Metairie | LA | 29268 | 794475 |
| 716425 | Everence Trust Company | Goshen | IN | 57109 | 3029253 |
| 702610 | Evergreen Federal Bank | Grants Pass | OR | 28914 | 55970 |
| 700311 | Fairfield FS & LA | Lancaster | OH | 27806 | 666974 |
| 702049 | Fairview S&LA | Fairview | OK | 28652 | 618777 |
| 703330 | Family Bank | Pelham | GA | 29357 | 156970 |
| 704434 | Family Federal Savings, F.A. | Fitchburg | MA | 29962 | 969974 |
| 715205 | Farm Bureau Bank, FSB | Sparks | NV | 35157 | 2819167 |
| 716138 | FDS Bank | Mason | OH | 33831 | 2107181 |
| 703997 | Federal Savings Bank | Dover | NH | 29744 | 119872 |
| 706081 | Fidelity Bank | Wichita | KS | 30895 | 762474 |
| 703587 | Fidelity FS & LA of Delaware | Delaware | OH | 29521 | 446176 |
| 716116 | Fidelity Personal Trust Company, FSB | Boston | MA | 35206 | 2914268 |
| 700133 | Fifth District Savings Bank | New Orleans | LA | 27697 | 837970 |
| 715660 | First American Trust, FSB | Santa Ana | CA | 26312 | 1883321 |
| 713570 | First Command Bank | Fort Worth | TX | 34415 | 2568063 |
| 706707 | First Federal Bank | Lake City | FL | 31313 | 384278 |
| 706343 | First Federal Bank | Dunn | NC | 31077 | 943974 |
| 703619 | First Federal Bank & Trust | Sheridan | WY | 29537 | 387671 |
| 702825 | First Federal Bank of Kansas City | Kansas City | MO | 29047 | 950178 |
| 705339 | First Federal Bank of Louisiana | Lake Charles | LA | 30441 | 517674 |
| 700041 | First Federal Bank of Ohio | Galion | OH | 27643 | 207470 |
| 704192 | First Federal Bank of The Midwest | Defiance | OH | 29845 | 981275 |
| 705313 | First Federal Bank of Wisconsin | Waukesha | WI | 30422 | 331076 |
| 706432 | First Federal Bank, A FSB | Tuscaloosa | AL | 31127 | 814074 |
| 703920 | First Federal Community Bank of Bucyrus | Bucyrus | OH | 29705 | 346379 |
| 703536 | First Federal Savings and Loan Association of Lakewood | Lakewood | OH | 29488 | 318974 |
| 702631 | First Federal Savings Bank | Ottawa | IL | 28924 | 771878 |
| 707101 | First Federal Savings Bank | Rochester | IN | 31516 | 257578 |
| 702324 | First Federal Savings Bank of Angola | Angola | IN | 28769 | 158376 |
| 704381 | First Federal Savings Bank of Kentucky | Frankfort | KY | 29937 | 741974 |
| 702201 | First Federal Savings of Middletown | Middletown | NY | 28712 | 565170 |
| 702479 | First Federal SB of Twin Falls | Twin Falls | ID | 28845 | 582971 |
| 706517 | First FS & LA | Hazard | KY | 31197 | 831875 |
| 706902 | First FS & LA | Morehead | KY | 31409 | 411174 |
| 703816 | First FS & LA | Aberdeen | MS | 29646 | 339876 |
| 705957 | First FS & LA | Pascagoula | MS | 30812 | 90177 |
| 702753 | First FS & LA | Centerburg | OH | 29005 | 693073 |
| 703313 | First FS & LA | Delta | OH | 29345 | 80374 |
| 702893 | First FS & LA | Newark | OH | 29090 | 623874 |
| 703786 | First FS & LA of Bath | Bath | ME | 29636 | 583071 |

# Federal Savings Associations Active As of 4/30/2019

| CHARTER NO | NAME | CITY | STATE | CERT | RSSD |
|---|---|---|---|---|---|
| 702190 | First FS & LA of Greene Co | Waynesburg | PA | 28706 | 624778 |
| 704656 | First FS & LA of Greensburg | Greensburg | IN | 30058 | 921879 |
| 704171 | First FS & LA of Lorain | Lorain | OH | 29838 | 144678 |
| 703773 | First FS & LA of McMinnville | McMinnville | OR | 29624 | 90579 |
| 703542 | First FS & LA of Ravenswood | Ravenswood | WV | 29490 | 441470 |
| 702969 | First FS & LA of Van Wert | Van Wert | OH | 29135 | 820879 |
| 706896 | First FS&LA of San Rafael | San Rafael | CA | 31406 | 229070 |
| 703019 | First FS&LA of Valdosta | Valdosta | GA | 29164 | 828174 |
| 701611 | First FSB of Champaign-Urbana | Champaign | IL | 28445 | 346771 |
| 705153 | First FSB of Lincolnton | Lincolnton | NC | 30315 | 42372 |
| 706191 | First FSB of Mascoutah | Mascoutah | IL | 30969 | 966272 |
| 703764 | First Mutual Bank, FSB | Belpre | OH | 29617 | 493077 |
| 702502 | First Piedmont FS & LA of Gaffney | Gaffney | SC | 28859 | 646172 |
| 705224 | First S & LA | Mebane | NC | 30358 | 141677 |
| 708547 | First Savings Bank | Beresford | SD | 32629 | 67656 |
| 705740 | First Shore FS & LA | Salisbury | MD | 30680 | 59370 |
| 707674 | First Western Federal Savings Bank | Rapid City | SD | 31972 | 715470 |
| 708412 | Flagstar Bank, FSB | Troy | MI | 32541 | 146672 |
| 703069 | Fox Valley Savings Bank | Fond Du Lac | WI | 29188 | 835770 |
| 700544 | Foxboro Federal Savings | Foxborough | MA | 27918 | 652977 |
| 712117 | Frontier Bank | Sioux Falls | SD | 33922 | 2218443 |
| 700257 | Gate City Bank | Fargo | ND | 27774 | 657271 |
| 708857 | Gateway Bank, F.S.B. | Oakland | CA | 33103 | 1493319 |
| 705278 | Geddes FS & LA | Syracuse | NY | 30397 | 451273 |
| 718024 | Generations Bank | Seneca Falls | NY | 16040 | 442011 |
| 704804 | Gibraltar Bank | Oak Ridge | NJ | 30126 | 670775 |
| 703395 | GN Bank | Chicago | IL | 29399 | 250476 |
| 702253 | Golden Belt Bank, FSA | Hays | KS | 28735 | 148171 |
| 707547 | Grand Bank For Savings, FSB | Hattiesburg | MS | 31864 | 68671 |
| 717950 | Grand Mountain Bank, FSB | Granby | CO | 57531 | 3148033 |
| 706518 | Greeneville Federal Bank, FSB | Greeneville | TN | 31198 | 645577 |
| 700641 | Greenville Federal | Greenville | OH | 27965 | 567679 |
| 700709 | Guardian Savings Bank, FSB | West Chester | OH | 27998 | 727174 |
| 702808 | Hancock County Savings Bank, F.S.B. | Chester | WV | 29035 | 888271 |
| 704859 | Hatboro Federal Savings, Fa | Hatboro | PA | 30155 | 995272 |
| 703155 | Henderson Federal Savings Bank | Henderson | TX | 29241 | 849076 |
| 703691 | Heritage Bank of St. Tammany | Covington | LA | 29577 | 194570 |
| 706581 | Highland FS & LA | Crossville | TN | 31232 | 652070 |
| 704255 | Home Bank SB | Martinsville | IN | 29881 | 1015270 |
| 700057 | Home Federal Bank | Shreveport | LA | 27654 | 804374 |
| 714725 | Home Federal Bank of Hollywood | Hallandale Beach | FL | 34652 | 2728746 |
| 703879 | Home Federal Bank of Tennessee | Knoxville | TN | 29683 | 105473 |
| 702818 | Home Federal Savings Bank | Rochester | MN | 29042 | 796572 |
| 707450 | Home FS & LA | Bamberg | SC | 31774 | 582878 |
| 701412 | Home FS & LA of Niles | Niles | OH | 28349 | 71073 |
| 703519 | Home FS&LA of Grand Island | Grand Island | NE | 29476 | 317379 |
| 712504 | Home Loan Investment Bank, F.S.B. | Warwick | RI | 27417 | 724904 |
| 700508 | Home Savings and Loan Association of Carroll County, F.A. | Norborne | MO | 27898 | 612878 |
| 701227 | Home Savings Bank | Chanute | KS | 28246 | 765877 |
| 707384 | Home Savings Bank, FSB | Ludlow | KY | 31723 | 33370 |
| 708286 | Homeland Federal Savings Bank | Columbia | LA | 32459 | 251978 |
| 718109 | Homestead Savings Bank | Albion | MI | 28667 | 132778 |
| 706639 | Homewood Federal Savings Bank | Baltimore | MD | 31267 | 359472 |
| 700470 | Huntington Federal Savings Bank | Huntington | WV | 27884 | 609476 |
| 707506 | Interamerican Bank, A FSB | Miami | FL | 31823 | 221775 |
| 718151 | International City Bank | Long Beach | CA | 25648 | 780562 |

# Federal Savings Associations Active As of 4/30/2019

| CHARTER NO | NAME | CITY | STATE | CERT | RSSD |
|---|---|---|---|---|---|
| 703560 | Interstate FS & LA of McGregor | McGregor | IA | 29501 | 277679 |
| 703870 | Iroquois FS & LA | Watseka | IL | 29675 | 403870 |
| 705440 | Jackson FS & LA | Jackson | MN | 30492 | 291376 |
| 706351 | Jarrettsville FS & LA | Jarrettsville | MD | 31083 | 613978 |
| 715685 | John Deere Financial, f.s.b. | Madison | WI | 35237 | 2992547 |
| 703844 | Kennebec FS & LA of Waterville | Waterville | ME | 29661 | 463977 |
| 702228 | Kentland FS & LA | Kentland | IN | 28722 | 382274 |
| 703534 | Kingstree FS & LA | Kingstree | SC | 29486 | 440978 |
| 702722 | Ladysmith FS & LA | Ladysmith | WI | 28983 | 686570 |
| 702828 | Lake City Federal Bank | Lake City | MN | 29049 | 890078 |
| 705506 | Lake Shore Savings Bank | Dunkirk | NY | 30530 | 301574 |
| 708039 | Liberty Savings Bank, FSB | Wilmington | OH | 32242 | 839572 |
| 703896 | Lincoln FSB of Nebraska | Lincoln | NE | 29692 | 529275 |
| 702335 | Loomis FS & LA | Chicago | IL | 28774 | 450472 |
| 700179 | Lyons Federal Bank | Lyons | KS | 27727 | 901974 |
| 715731 | M.Y. Safra Bank, FSB | New York | NY | 35154 | 2916534 |
| 708152 | Madison Bank of Maryland | Forest Hill | MD | 32331 | 310071 |
| 708089 | Malaga Bank F.S.B. | Palos Verdes Peninsula | CA | 32282 | 773470 |
| 701899 | Maple City Savings Bank, FSB | Hornell | NY | 28585 | 548472 |
| 703881 | Martinsville First Savings Bank | Martinsville | VA | 29685 | 104971 |
| 705138 | Maspeth FS & LA | Maspeth | NY | 30303 | 29878 |
| 705323 | Massena Savings and Loan | Massena | NY | 30429 | 454975 |
| 717944 | Members Trust Company | Tampa | FL | 57470 | 3219269 |
| 705902 | Metabank | Sioux Falls | SD | 30776 | 435077 |
| 706149 | Mid-Central Federal Savings Bank | Wadena | MN | 30943 | 773171 |
| 702518 | Midcountry Bank | Bloomington | MN | 28865 | 3971 |
| 701452 | Middlesex Federal Savings, F.A. | Somerville | MA | 28368 | 87579 |
| 714191 | Midfirst Bank | Oklahoma City | OK | 4063 | 595270 |
| 704475 | Midland FS & LA | Bridgeview | IL | 29980 | 820477 |
| 704817 | Mid-Southern Savings Bank, FSB | Salem | IN | 30133 | 857875 |
| 712423 | Midwest Heritage Bank, F.S.B. | West Des Moines | IA | 4432 | 203043 |
| 704167 | Milford Federal Bank | Milford | MA | 29835 | 227777 |
| 702007 | Milton Savings Bank | Milton | PA | 28637 | 123075 |
| 703692 | Monroe FS & LA | Tipp City | OH | 29578 | 576578 |
| 701330 | Mutual Federal Bank | Chicago | IL | 28302 | 235174 |
| 708146 | Mutual of Omaha Bank | Omaha | NE | 32325 | 786274 |
| 700165 | Mutual Savings and Loan Association | Metairie | LA | 27716 | 809070 |
| 704516 | Mutual Savings Bank | Hartsville | SC | 29999 | 729570 |
| 714970 | Nationwide Trust Company, FSB | Columbus | OH | 34710 | 2729677 |
| 706624 | New Buffalo Savings Bank, A FSB | New Buffalo | MI | 31257 | 294676 |
| 703043 | New Carlisle Federal Savings Bank | New Carlisle | OH | 29173 | 646873 |
| 715223 | New Republic Savings Bank | Roanoke Rapids | NC | 34860 | 2754222 |
| 702892 | Newport Federal Bank | Newport | TN | 29089 | 894272 |
| 703575 | Newton Federal Bank | Covington | GA | 29510 | 321273 |
| 703927 | North American SB, FSB | Grandview | MO | 29708 | 211271 |
| 702130 | North Shore Bank, FSB | Brookfield | WI | 28679 | 376273 |
| 700108 | North Shore Trust and Savings | Waukegan | IL | 27683 | 775773 |
| 703468 | North Side FS & LA of Chicago | Chicago | IL | 29449 | 375379 |
| 718063 | Northfield Bank | Staten Island | NY | 28710 | 28013 |
| 716662 | Northwestern Mutual Wealth Management | Milwaukee | WI | 57093 | 3017081 |
| 714810 | Northwoods Bank of Minnesota | Park Rapids | MN | 1415 | 284752 |
| 704769 | Oconee Federal S&LA | Seneca | SC | 30111 | 853671 |
| 717997 | Ottawa Savings Bank FSB | Ottawa | IL | 27989 | 725077 |
| 701283 | Ozarks FS & LA | Farmington | MO | 28277 | 1016174 |
| 703697 | Pee Dee Federal Savings Bank | Marion | SC | 29582 | 515979 |
| 703917 | Peoples FS & LA | Sidney | OH | 29703 | 210779 |

# Federal Savings Associations Active As of 4/30/2019

| CHARTER NO | NAME | CITY | STATE | CERT | RSSD |
|---|---|---|---|---|---|
| 702644 | Perpetual FSB | Urbana | OH | 28934 | 712273 |
| 703367 | Peru Federal Savings Bank | Peru | IL | 29384 | 305077 |
| 706359 | Pickens S & LA, FA | Pickens | SC | 31089 | 884376 |
| 700007 | Piedmont Federal Savings Bank | Winston Salem | NC | 27619 | 864471 |
| 700450 | Pioneer Bank | Roswell | NM | 27872 | 606176 |
| 703583 | Pioneer FS & LA | Deer Lodge | MT | 29517 | 445674 |
| 706509 | Ponce Bank | Bronx | NY | 31189 | 897170 |
| 708069 | Preferred Bank | Houston | TX | 32265 | 203070 |
| 708186 | Presidential Bank, FSB | Bethesda | MD | 32363 | 538473 |
| 714225 | Principal Bank | Des Moines | IA | 34507 | 2654911 |
| 711025 | Priority Bank | Fayetteville | AR | 33818 | 2059990 |
| 706051 | Provident Savings Bank, FSB | Riverside | CA | 30879 | 631570 |
| 708672 | Prudential Bank & Trust, FSB | Hartford | CT | 32957 | 1416279 |
| 717954 | Pyramax Bank, FSB | Greenfield | WI | 29120 | 713476 |
| 717974 | Quontic Bank | Astoria | NY | 57807 | 3340725 |
| 708433 | Radius Bank | Boston | MA | 32551 | 264772 |
| 718042 | Resolute Bank | Maumee | OH | 58317 | 3461264 |
| 704347 | Riverview Community Bank | Vancouver | WA | 29922 | 921178 |
| 700566 | Riverwood Bank | Baxter | MN | 27932 | 685779 |
| 701454 | Rockland Savings Bank, FSB | Rockland | ME | 28369 | 95677 |
| 707794 | Rollstone Bank & Trust | Fitchburg | MA | 17797 | 837608 |
| 703758 | Rosedale FS & LA | Baltimore | MD | 29613 | 86675 |
| 701142 | San Luis Valley Federal Bank | Alamosa | CO | 28208 | 945071 |
| 704315 | Scottsburg B & LA | Scottsburg | IN | 29910 | 735973 |
| 703776 | Second FS & LA of Philadelphia | Philadelphia | PA | 29627 | 460275 |
| 707228 | Security Federal Savings Bank | Jasper | AL | 31592 | 558574 |
| 702578 | Security Federal Savings Bank | Logansport | IN | 28894 | 32971 |
| 716509 | SEI Private Trust Company | Oaks | PA | 35388 | 2973386 |
| 703552 | Seneca Savings | Baldwinsville | NY | 29496 | 276074 |
| 708190 | Severn Savings Bank, FSB | Annapolis | MD | 32367 | 411473 |
| 703360 | Sidney Federal Savings and Loan Association | Sidney | NE | 29379 | 304575 |
| 707703 | Slovenian S&LA of Franklin-Conemaugh | Conemaugh | PA | 31994 | 568377 |
| 704013 | Southern Hills Community Bank | Leesburg | OH | 29749 | 352370 |
| 705329 | Southfirst Bank | Sylacauga | AL | 30433 | 455477 |
| 704114 | St Landry Homestead FSB | Opelousas | LA | 29804 | 420578 |
| 714640 | State Farm Bank, FSB | Bloomington | IL | 34617 | 2590037 |
| 708028 | Sterling Bank and Trust, FSB | Southfield | MI | 32232 | 979375 |
| 700073 | Sterling Federal Bank, F.S.B. | Sterling | IL | 27664 | 867070 |
| 702397 | Sunnyside FS&LA of Irvington | Irvington | NY | 28805 | 516873 |
| 715044 | Synchrony Bank | Draper | UT | 27314 | 1216022 |
| 703293 | TC Federal Bank | Thomasville | GA | 29331 | 67870 |
| 705275 | Tecumseh Federal Bank | Tecumseh | NE | 30395 | 389376 |
| 705636 | Tempo Bank, A FSB | Trenton | IL | 30615 | 415770 |
| 705214 | The Bank of Bennington | Bennington | VT | 30350 | 133579 |
| 718028 | The Bank of Greene County | Catskill | NY | 21591 | 214106 |
| 700827 | The Covington S & LA | Covington | OH | 28063 | 835079 |
| 716195 | The Federal Savings Bank | Chicago | IL | 35518 | 2806877 |
| 704214 | The Liberty SA, FSA | Fort Scott | KS | 29857 | 987576 |
| 715930 | The Massmutual Trust Company | Enfield | CT | 35394 | 2881445 |
| 715834 | The Murray Bank | Murray | KY | 35161 | 2819242 |
| 718037 | Think Mutual Bank | Rochester | MN | 58536 | 936583 |
| 704544 | Third FS&LA of Cleveland | Cleveland | OH | 30012 | 915878 |
| 715054 | Thrivent Trust Company | Appleton | WI | 34799 | 2745529 |
| 715115 | TIAA, FSB | Jacksonville | FL | 34775 | 2735146 |
| 703235 | Time Federal Savings Bank | Medford | WI | 29294 | 27070 |
| 707635 | Trustco Bank | Glenville | NY | 31945 | 677176 |

# Federal Savings Associations Active As of 4/30/2019

| CHARTER NO | NAME | CITY | STATE | CERT | RSSD |
|---|---|---|---|---|---|
| 702842 | Tucumcari FS & LA | Tucumcari | NM | 29059 | 767572 |
| 700244 | Union FS & LA | Kewanee | IL | 27767 | 656779 |
| 704369 | Union S & LA | Connersville | IN | 29933 | 677970 |
| 703676 | United Fidelity Bank, F.S.B. | Evansville | IN | 29566 | 391575 |
| 716310 | United Trust Bank | Palos Heights | IL | 35393 | 2949970 |
| 705801 | Universal Bank | West Covina | CA | 30722 | 208570 |
| 707975 | USAA Federal Savings Bank | San Antonio | TX | 32188 | 619877 |
| 703551 | Van Wert Federal Savings Bank | Van Wert | OH | 29495 | 380878 |
| 717868 | Victory Community Bank | Ft.Mitchell | KY | 57277 | 3153345 |
| 704067 | Vidalia Federal Savings Bank | Vidalia | GA | 29772 | 126375 |
| 707830 | Viking Bank | Alexandria | MN | 32082 | 484776 |
| 700143 | Wake Forest FS & LA | Wake Forest | NC | 27704 | 900379 |
| 718043 | Walden Savings Bank | Montgomery | NY | 15987 | 341310 |
| 702528 | Wallkill Valley FS & LA | Wallkill | NY | 28870 | 7072 |
| 701158 | Warsaw FS & LA | Cincinnati | OH | 28217 | 875879 |
| 717968 | Westfield Bank | Westfield | MA | 90300 | 892205 |
| 716697 | Westfield Bank, FSB | Westfield Center | OH | 57077 | 2986407 |
| 705537 | Westmoreland FS & LA | Latrobe | PA | 30551 | 188177 |
| 707938 | Wilmington Savings Fund Society, Federal Savings Bank | Wilmington | DE | 17838 | 437914 |
| 703781 | Windsor FS & LA | Windsor | CT | 29632 | 92676 |
| 703267 | WinFirst Bank | Winchester | KY | 29313 | 50872 |
| 701149 | Winter Hill Bank, FSB | Somerville | MA | 28213 | 822275 |
| 703150 | Woodruff FS & LA | Woodruff | SC | 29238 | 661474 |
| 703435 | Worthington Federal Savings Bank, FSB | Worthington | MN | 29426 | 258874 |

304

**Prepared by Supervisory Information Division**