# Exhibit 4

1	     1. Makes a loan to any person; and

2	     2. Is required to be licensed under this subtitle.

3	  (2) "Mortgage lender" does not include a person who is licensed under Subtitle 6 of this title AS A MORTGAGE SERVICER ONLY.

4	SECTION 2. AND BE IT FURTHER ENACTED, That this Act shall be construed to apply only prospectively and may not be applied or interpreted to have any effect on or application to any cause of action arising before the effective date of this Act.

5	SECTION 3. AND BE IT FURTHER ENACTED, That this Act shall take effect October 1, 2017.

                    1.    **MAKES A MORTGAGE LOAN TO ANY PERSON; AND**

                    2.    **ACQUIRES THE MORTGAGE LOAN WHEN THE MORTGAGE IS IN DEFAULT.**

          (2)   "Mortgage lender" does not include:

                (i)    A financial institution that accepts deposits and is regulated under Title 3, Title 4, Title 5, or Title 6 of this article;

                (ii)   The Federal Home Loan Mortgage Corporation;

                (iii)  The Federal National Mortgage Association;

                (iv)   The Government National Mortgage Association;

                (v)    Any person engaged exclusively in the acquisition of all or any portion of a mortgage loan under any federal, State, or local governmental program of mortgage loan purchases; [or]

                (vi)   An affiliated insurance producer–mortgage loan originator licensed under § 11–603.1 of this title; **OR**

                **(VII) A COLLECTION AGENCY LICENSED UNDER § 7–301 OF THE BUSINESS REGULATION ARTICLE.**

     SECTION 2. AND BE IT FURTHER ENACTED, That this Act may not be construed to imply that a purchaser of defaulted mortgage loans was not required before the enactment of this Act to be licensed as a mortgage lender or a collection agency.

     SECTION 3. AND BE IT FURTHER ENACTED, That this Act shall take effect October 1, 2017.