**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

| | |
|---|---|
| OM SHARMA, *et al.*, | * |
| Plaintiffs, | * |
| v. | Case No.: GJH-18-656 |
| | * |
| RUSHMORE LOAN MANAGEMENT SERVICES, LLC, *et al.*, | * |
| Defendants. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

# ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is **ORDERED** by the United States District Court for the District of Maryland that:

1. Any remaining stay of this case is **LIFTED**;

2. Defendant Wilmington's Motion for Extension of Time, ECF No. 36, is **GRANTED**;

3. Defendant Rushmore's Motion to Dismiss, ECF No. 38, is **GRANTED IN PART** and **DENIED IN PART**;

4. Defendant U.S. Bank's Motion to Dismiss, ECF No. 39, and Defendant Wilmington's Motion to Dismiss, ECF No. 41, are **GRANTED**;

5. All of Plaintiffs' claims are **DISMISSED** except for Plaintiff Brown's claim of dual tracking in violation of RESPA, which **MAY PROCEED**;

6. All of the dismissed claims are **DISMISSED WITH PREJUDICE** except for Plaintiff Brown's RESPA claim with respect to qualified written requests, which is **DISMISSED WITHOUT PREJUDICE**;

7. Plaintiffs' Motion for Leave to Exceed Page Limit, ECF No. 42, is **GRANTED**;

8. Plaintiffs' Motion for Substitution of Party, ECF No. 52, is **GRANTED**;

9. The Clerk **SHALL SUBSTITUTE** Cornell Brown, as Personal Representative of the Estate of Virginia Brown, for Plaintiff Virginia Brown, as a party in this case; and

1

10. All remaining claims shall be Answered within 14 days of this Order.

Dated: March   20, 2020                                      /s/_____
                                                             GEORGE J. HAZEL
                                                             United States District Judge